Ex parte J. F. MUSES.

No. A-3475.   Opinion Filed Dec. 6, 1921.

(202   Pac.   1118.)

Application by J. F. Muses for writ of habeas corpus to be admitted to bail. Cause dismissed on petitioner's motion.

Jarrett & Speakman, for plaintiff in error.

PER CURIAM. This was an application by J. F. Muses for writ of habeas corpus to be admitted to bail, averring that petitioner is held by the sheriff of Lincoln county by virtue of a commitment issued pursuant to a preliminary examination upon a complaint charging petitioner with the crime of murder. Petitioner's counsel of record have filed a motion to dismiss the cause. Said motion is sustained, and the cause dismissed.